IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:24CR135-1 |
| HUNTER TRAMADISON HAMMOND | : |

The Grand Jury charges:

COUNT ONE

On or about January 14, 2023, in the County of Cabarrus, in the Middle District of North Carolina, HUNTER TRAMADISON HAMMOND, in connection with the acquisition of a firearm, that is, a SCCY 9mm handgun, from Eagle Guns Inc, 3789 Roberta Church Road, Concord, North Carolina, a licensed dealer in firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Eagle Guns Inc, which statement was intended and likely to deceive Eagle Guns Inc, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that HUNTER TRAMADISON HAMMOND certified on an ATF Form 4473, Firearms Transaction Record, in response to question 21(a): "Are you the actual transferee/buyer of the firearm(s) listed on this form?" to which he provided an answer of "Yes," when in truth and in fact, as HUNTER TRAMADISON HAMMOND then well knew,

he was purchasing the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT TWO

On or about March 2, 2023, in the County of Stanly, in the Middle District of North Carolina, HUNTER TRAMADISON HAMMOND, in connection with the acquisition of a firearm, that is, a Glock 9mm handgun, from JR's Gun Shop Inc, 1224 W. Main Street, Albemarle, North Carolina, a licensed dealer in firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to JR's Gun Shop Inc, which statement was intended and likely to deceive JR's Gun Shop Inc, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that HUNTER TRAMADISON HAMMOND certified on an ATF Form 4473, Firearms Transaction Record, in response to question 21(a): "Are you the actual transferee/buyer of the firearm(s) listed on this form?" to which he provided an answer of "Yes," when in truth and in fact, as HUNTER TRAMADISON HAMMOND then well knew, he was purchasing the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE

On or about March 7, 2023, in the County of Stanly, in the Middle District of North Carolina, HUNTER TRAMADISON HAMMOND, in connection with the acquisition of a firearm, that is, a Taurus .40S&W caliber handgun, from Scoot's Place LLC, 636-H NC Hwy 24/27, Albemarle, North Carolina, a licensed dealer in firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Scoot's Place LLC, which statement was intended and likely to deceive Scoot's Place LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that HUNTER TRAMADISON HAMMOND certified on an ATF Form 4473, Firearms Transaction Record, in response to question 21(a): "Are you the actual transferee/buyer of the firearm(s) listed on this form?" to which he provided an answer of "Yes," when in truth and in fact, as HUNTER TRAMADISON HAMMOND then well knew, he was purchasing the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR

On or about March 9, 2023, in the County of Cabarrus, in the Middle District of North Carolina, HUNTER TRAMADISON HAMMOND, in connection with the acquisition of a firearm, that is, a Glock 9mm handgun,

3

from Mount Pleasant Sporting Goods and Pawn Inc, 7991 West Franklin Street, Mount Pleasant, North Carolina, a licensed dealer in firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Mount Pleasant Sporting Goods and Pawn Inc, which statement was intended and likely to deceive Mount Pleasant Sporting Goods and Pawn Inc, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that HUNTER TRAMADISON HAMMOND certified on an ATF Form 4473, Firearms Transaction Record, in response to question 21(a): "Are you the actual transferee/buyer of the firearm(s) listed on this form?" to which he provided an answer of "Yes," when in truth and in fact, as HUNTER TRAMADISON HAMMOND then well knew, he was purchasing the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE

On or about March 16, 2023, in the County of Stanly, in the Middle District of North Carolina, HUNTER TRAMADISON HAMMOND, in connection with the acquisition of a firearm, that is, a Hi-Point 9mm handgun, from JR's Gun Shop Inc, 1224 W. Main Street, Albemarle, North Carolina, a licensed dealer in firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to JR's

4

Gun Shop Inc, which statement was intended and likely to deceive JR's Gun Shop Inc, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that HUNTER TRAMADISON HAMMOND certified on an ATF Form 4473, Firearms Transaction Record, in response to question 21(a): "Are you the actual transferee/buyer of the firearm(s) listed on this form?" to which he provided an answer of "Yes," when in truth and in fact, as HUNTER TRAMADISON HAMMOND then well knew, he was purchasing the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SIX

On or about March 29, 2023, in the County of Stanly, in the Middle District of North Carolina, HUNTER TRAMADISON HAMMOND, in connection with the acquisition of a firearm, that is, a Glock 9mm handgun, from Scoot's Place LLC, 636-H NC Hwy 24/27, Albemarle, North Carolina, a licensed dealer in firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Scoot's Place LLC, which statement was intended and likely to deceive Scoot's Place LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that HUNTER TRAMADISON HAMMOND certified on an ATF Form 4473, Firearms Transaction Record, in

5

response to question 21(a): "Are you the actual transferee/buyer of the firearm(s) listed on this form?" to which he provided an answer of "Yes," when in truth and in fact, as HUNTER TRAMADISON HAMMOND then well knew, he was purchasing the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

DATED: April 29, 2024

SANDRA J. HAIRSTON
United States Attorney

*Craig M. Principe*
BY: CRAIG M. PRINCIPE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON